IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-2287-WDM-PAC

ALEXANDER GORKIN,

    Plaintiff,

v.

VINNELL CORPORATION,

    Defendant.

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Patricia A. Coan, issued July 8, 2005, that defendant's motion to strike claims added by plaintiff to the Final Pretrial Order be granted, that the motion for discovery on those claims be denied, that the claims at issue be deleted from the Final Pretrial Order, and that plaintiff's motion to amend his complaint be denied. No party has objected to this recommendation, and, therefore, *de novo* review is not required. 28 U.S.C. § 636(b).

I have reviewed the pertinent portions of the record, including the Final Pretrial Order, the motion to strike or, alternatively, for discovery, and the recommendation. I concur with the analysis and adopt the findings set forth in the recommendation.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Coan, issued July 8, 2005, is accepted.

2. Defendant's motion to strike, filed April 25, 2005, is granted.

3. Defendant's alternative motion for discovery, filed April 25, 2005, is denied.

4. Plaintiff's motion to amend the complaint, filed May 6, 2005, is denied.

5. Plaintiff's claims of hostile work environment and that Rosa Garcia was involved in the hostile work environment are deleted from the April 14, 2005 Final Pretrial Order.

DATED at Denver, Colorado, on October 18, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge